B.J. MCADAMS, Appellant,

v.

CITY OF NORTH LITTLE
ROCK, Appellee.

No. 04–1160.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 25, 2004.

Decided Aug. 27, 2004.

B.J. McAdams, North Little Rock, AR,
for Plaintiff-Appellant.

Nga Ostoja-Starzewski, North Little
Rock, AR, for Defendant-Appellee.

Before MELLOY, LAY, and
COLLOTON, Circuit Judges.

PER CURIAM.

B.J. McAdams appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record de novo, *see Anderson v. Larson*, 327 F.3d 762, 767

[1]. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

(8th Cir.2003), and having considered the parties' submissions on appeal, we conclude that the district court properly granted summary judgment, and that an extended opinion is not warranted.

Accordingly, we affirm. *See* 8th Cir. R. 47B.